AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

FELIX POLONIA MORILLO
A/K/A EDDIE MERCADO
A/K/A JOSE LUIS SANTIAGO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ05- M-242 JLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 10, 2003__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(x) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws,

in violation of Title __18__ United States Code, Section(x) __1542__.

I further state that I am a(n) __Special Agent, Dept. of State__ and that this complaint is based on the following
                                    Official Title

facts:

   See attached affidavit of Michael Douglas Nolan.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Michael A. Nolan_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6/23/05__
Date

Boston, Massachusetts
City and State

LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEPT OF STATE

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Felix Polonia Morillo   Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): 1968   SSN (last 4 #): _____   Sex M   Race: _____   Nationality: Dominican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  John A. Capin   Bar Number if applicable  557277

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  immigration detainee  in  Puerto Rico .

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 23, 2005   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Felix Polonia Morillo

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1542 | Passport Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

js45.wpd - 1/15/04 (USAO-MA)

## AFFIDAVIT OF MICHAEL DOUGLAS NOLAN

I, Michael Douglas Nolan, having been duly sworn, hereby depose and state as follows:

1.  I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since March 2005. My duties include the investigation of criminal violations of United States Code, including passport and visa fraud.

2.  This affidavit is submitted in support of a criminal complaint charging Felix Polonia Morillo, a.k.a. Eddie Mercado, a.k.a. Jose L. Santiago ("Polonia Morillo"), with willfully and knowingly making a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542. According to an immigration file maintained by Immigration and Customs Enforcement with regard to Polonia Morillo, he was born in the Dominican Republic in 1968.

3.  The facts set forth in this affidavit are known to me from my involvement in the investigation of this case and from information and documents provided by other law enforcement officers. This affidavit is being submitted for the limited

purpose of establishing probable cause that Polonia Morillo committed the crime specified above and, as such, does not contain every fact I have gathered during this investigation.

4.   On February 10, 2003, an man identifying himself Eddie Mercado executed an Application for a U.S. Passport (Form DS-11) at a U.S. Post Office in Roxbury, Massachusetts. (A copy of the Form submitted in the name of Eddie Mercado is attached hereto as Exhibit A.) As proof of identity and U.S. citizenship the man who claimed to be Eddie Mercado presented Massachusetts Driver's License #583553684, a U.S. social security card bearing the number 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, and a Puerto Rico birth certificate. On the Form DS-11, the man claimed that his social security number was 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. The Form DS-11 bore the photograph of the man identifying himself as Eddie Mercado. The man who claimed to be Eddie Mercado signed and swore to the veracity of the Form DS-11 in the presence of a postal employee authorized to accept passport applications.

5.   The photograph on the Form DS-11 submitted in the name of Eddie Mercado in Roxbury on February 10, 2003 appears to depict Polonia Morillo, based on an examination of the photograph of Polonia Morillo maintained in his immigration file. Moreover, a review of records pertaining to Eddie Mercado revealed that Mercado has a criminal record in New Jersey and Oklahoma.

2

Photographs and fingerprint exemplars of the person booked as Mercado do not match those of the man who submitted a Form DS-11 in Mercado's name in Roxbury on February 10, 2003. State Department records indicate that a U.S. Passport was issued to the true Mercado on November 28, 1986. The photograph of appearing in that passport does not depict the man who submitted a Form DS-11 in Mercado's name in Roxbury on February 10, 2003.

6. On November 17, 2004, Customs and Border Protection officers at JFK Airport in New York stopped and interviewed Polonia Morillo, who was traveling under, and carrying a U.S. passport in, the name of Jose Luis Santiago. Polonia Morillo arrived at JFK Airport on a flight returning from Santa Domingo. During the course of the interview, Polonia Morillo provided a sworn statement in which he admitted (a) that his true identity is Felix Polonia Morillo; (b) that he fraudulently obtained the passport he was carrying in the name of Jose Luis Santiago; and (c) that he has been living illegally in the United States since 1996.

7. Records maintained by Immigration and Customs Enforcement reveal that the U.S. passport in the name of Jose Luis Santiago, which was taken from Polonia Morillo on November 17, 2004, was issued after a Form DS-11 was submitted in Arlington Virginia on February 18, 2004. (A copy of the Santiago

3

Form DS-11 is attached hereto as Exhibit B.)  The photograph affixed to the Santiago DS-11 appears to depict Polonia Morillo.

   8.   A comparison of fingerprints taken from Polonia Morillo after he was arrested at JFK Airport on November 17, 2004 to fingerprints of Polonia Morillo maintained by Immigration and Customs Enforcement demonstrates that the person arrested on November 17, 2004 was Felix Polonia Morillo, born in 1968 in La Vega, Dominican Republic.  Immigration and Customs Enforcement ordered Polonia Morillo expeditiously removed from the United States and banned him from applying for entry into the United States for five years.

   9.   On June 12, 2005, Polonia Morillo was arrested attempting to enter the United States at San Juan, Puerto Rico. Claiming to be a U.S. citizen, he presented a Puerto Rico birth certificate in the name of Eddie Mercado Benabe.  He is currently in the custody of Immigration and Customs Enforcement.

   10.  Based on the foregoing, there is probable cause to believe that, on February 10, 2003, Felix Polonia Morillo did willfully and knowingly make a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to

4

such laws, in violation of Title 18, United States Code, Section 1542.

*Michael K. Nolan*
Michael Douglas Nolan
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn and subscribed to before me this 23rd day of June, 2005.

*Joyce London Alexander*
~~LEO T. SOROKIN~~ Joyce London Alexander
United States Magistrate Judge

5