1038637

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JUN 30 A 11: 08
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

FELIX POLONIA MORILLO
A/KA EDDIE MERCADO
A/K/A JOSE LUIS SANTIAGO

**WARRANT FOR ARREST**

CASE NUMBER: MJ05-m-242JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  FELIX POLONIA MORILLO aka EDDIE MERCADO aka JOSE LUIS SANTIAGO
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

PASSPORT FRAUD

(stamp: RECEIVED 2005 JUN 24 A 7:34 U.S. MARSHAL SERVICE BOSTON, MA)

in violation of
Title   18   United States Code, Section(s)  1542

~~LEO T. SOROKIN~~ Joyce London Alexander
Name of Issuing Officer

Signature of Issuing Officer: Joyce [signature]

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

6/23/05   BOSTON, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
WARRANT EXECUTED BY USMS   P.R.
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/20/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.